# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
## CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **22-3850**                    Case Manager: **Sharday Swain**

Case Name: **Steelcraft Manufacturing v. United Steelworkers of America**

Is this case a cross appeal?    ☑ Yes        ☐ No
Has this case or a related one been before this court previously?    ☑ Yes  ☐ No
If yes, state:
    Case Name: **Steelcraft Manufacturing v. Un**  Citation: **21-3558**
    Was that case mediated through the court's program?    ☑ Yes  ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

This appeal is taken against United Steelworkers of America.

The issue for appeal is whether the District Court erred in denying Appellant Steelcraft Manufacturing's Motion for an Order to Show Cause to Review the Union's Bad Faith in  Presenting the Civil Contempt Motion.

**This is to certify that a copy of this statement was served on opposing counsel of record this __23__ day of**

_____ **October** , **2022** .        **Donald G. Slezak**
                                                    Name of Counsel for Appellant